STATE v. FREEMAN.

(Filed October 28, 1902.)

ARSON—*Evidence—Threats—Sufficiency—The Code, Sec. 985, Subsec. 6.*

> Where the only evidence against a person accused of burning a barn is threats made by him, without any evidence connecting him with the execution of said threats, or with the offence charged, the trial judge should withdraw the case from the jury.

INDICTMENT against J. L. Freeman, heard by Judge *Walter H. Neal* and a jury, at May Term, 1902, of the Superior Court of GUILFORD County. From a verdict of guilty and judgment thereon, the defendant appealed.

*Robert D. Gilmer, Attorney-General,* for the State.
*C. M. Steadman,* and *A. W. Cook,* for the defendant.

PER CURIAM. Indictment for burning a barn with live-stock, under The Code, Sec. 985 (6). The only evidence against the defendant was threats made by him, without any evidence whatever connecting him with the execution of said threats, or with the offence charged. The Judge should, as prayed, have withdrawn the case from the jury. *State v. Rhodes,* 111 N. C., 647, is exactly in point. Indeed, the Attorney-General, with commendable frankness, conceded as much on the argument here.

Error.